# EXHIBIT 3

# 'A monument to blight:' Century III Mall owner facing criminal charges over dilapidated property

90.5 WESA | By Julia Zenkevich

Published January 30, 2024 at 5:02 PM EST





Julia Zenkevich  /  90.5 WESA

Allegheny County District Attorney Stephen Zappala announced criminal charges against the owner of the abandoned Century III Mall at a press conference Tuesday.

Allegheny County District Attorney Stephen Zappala has filed criminal charges against

   Donate

Century III Mall PA, LLC is facing one felony count of causing or risking a catastrophe and one misdemeanor for making a public nuisance. The company bought the property in 2013, but never fulfilled assurances that it would redevelop the site.

"They clearly have no intention of doing anything with the property as it exists. They've abandoned [it], for all intents and purposes," Zappala said at a press conference announcing the charges Tuesday. "This is a monument to blight."

The West Mifflin mall was once one of the largest in America. But it fell into disrepair after it closed in 2019.

The roads leading to the property are potholed, while the structure itself has been plagued by mold, water damage, break ins, vandalism, and even a fire last spring.

Zappala called the mall's current iteration "a combination of an urban myth" and "an attractive nuisance," adding that frequent 911 calls to the property have put first responders in a precarious position.

The charges, and a restraining order filed Tuesday, could allow the government to take control of the site, and eventually demolish the structure. Demolition would cost an estimated $12 to $13 million and be reimbursed when the property is sold. Zappala estimated the 90-acre plot could fetch anywhere from $32 to $40 million if made ready for building.

A lawyer for the property owners did not immediately respond to a request for comment.

Corrected: April 10, 2024 at 3:27 PM EDT

*Correction: This story has been updated to accurately reflect the Century III Mall property ownership.*

**Tags**  Courts & Justice    Top Story





## Julia Zenkevich

Julia Zenkevich reports on Allegheny County government for 90.5 WESA. She first joined the station as a production assistant on The Confluence, and more recently served as a fill-in producer for The Confluence and Morning Edition. She's a life-long Pittsburgher, and attended the University of Pittsburgh. She can be reached at jzenkevich@wesa.fm.

See stories by Julia Zenkevich